McKYER v. McKYER

No. 505P02

Case below: 152 N.C. App. 477

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 21 November 2002..

MIDGETT v. N.C. DEP'T OF TRANSP.

No. 537P02

Case below: 152 N.C. App. 666

Petition by plaintiff for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 21 November 2002.

N.C. INS. GUAR. ASS'N v. INTERNATIONAL PAPER CO.

No. 484P02

Case below: 152 N.C. App. 224

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 21 November 2002.

NIX v. COLLINS & AIKMAN CO.

No. 438A02

Case below: 151 N.C. App. 438

Motion by plaintiff (Joint) to withdraw appeal allowed 21 November 2002.

PINNEY v. STATE FARM MUT. INS. CO.

No. 600P01

Case below: 146 N.C. App. 248

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 21 November 2002. Conditional petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 21 November 2002.